

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlawcom **c** 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com **c** 917.238.9332

December 4, 2025

VIA ECF
Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Cristian Sanchez Ortega, 25 Cr. 023 (VSB)-Interim Voucher Request

Dear Judge Broderick:

I represent Mr. Sanchez Ortega pursuant to the Criminal Justice Act. I write to request permission to submit interim vouchers in this matter. Our defense team is part of small law practice, and payments of interim vouchers would avoid the economic hardship in undertaking representation in this matter for extended periods without compensation. See Guide to Judiciary Policies & Procedures, Volume VII, §A, the Guidelines for the Administration of the Criminal Justice Act, Ch. II ¶230.73. Accordingly, I request permission to submit interim vouchers in this matter.

Respectfully Submitted,

Christine Delince

Christine Delince, Esq.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.    12/04/2025